*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  December 15, 2016                    522441
_____

In the Matter of JOHN SMITH,
                    Petitioner,

            v                              MEMORANDUM AND JUDGMENT

BRIAN FISCHER, as Commissioner
    of Corrections and Community
    Supervision,
                    Respondent.
_____

Calendar Date:  October 25, 2016

Before:  McCarthy, J.P., Garry, Lynch, Rose and Mulvey, JJ.

                    _____

        John Smith, Fallsburg, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Allyson B.
Levine of counsel), for respondent.

                    _____

        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Albany County) to
review a determination of the Superintendent of Sullivan
Correctional Facility finding petitioner guilty of violating
certain prison disciplinary rules.

        Determination confirmed.  No opinion.

        McCarthy, J.P., Garry, Lynch, Rose and Mulvey, JJ., concur.

                              -2-                    522441

        ADJUDGED that the determination is confirmed, without
costs, and petition dismissed.




                         ENTER:

                         Robert D. Mayberger
                         Clerk of the Court